McDONALD'S RESTAURANTS OF MASSACHUSETTS, INC. *vs.* COMMISSIONER OF REVENUE. February 4, 1985. *Taxation,* Manufacturing corporation. *Words,* "Manufacturing."

In this appeal from a decision of the Appellate Tax Board (board) which upheld the action of the Commissioner of Revenue, the sole issue is the correctness of the ruling which denies McDonald's Restaurants of Massachusetts, Inc. (McDonald's), the classification of a domestic manufacturing corporation under G. L. c. 58, § 2. There was no error.

Despite McDonald's argument that its cooking process and assembly of the constituent parts of its hamburger, chicken, and fish sandwiches and other food products is a species of manufacturing, the case is governed entirely by our decision in *York Steak House Syss.* v. *Commissioner of Revenue, ante* 424

(1984), in which we held that the process by which commercial grade cuts of beef become restaurant-quality steaks was not manufacturing.

The decision of the board is affirmed.

*So ordered.*

*Maxwell D. Solet (Thomas E. Fremgen* of Illinois, with him) for the taxpayer.

*Jamie W. Katz,* Assistant Attorney General, for the Commissioner of Revenue.